IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUANN T. YANNI,

        Plaintiff,

v.                                                             No. 1:23-cv0435 DHU/DLM

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,[1]

        Defendant.

**ORDER ADOPTING
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on Plaintiff Luann Yanni's Unopposed Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 47), and the Proposed Findings and Recommended Disposition (Doc. 48). United States Magistrate Judge Damian L. Martínez recommends that the Court grant the motion. The PFRD notified the parties of their ability to file objections no later than 14 days after the PFRD was filed. (*Id.*) As no party filed objections within the time allowed, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 48) is **ADOPTED**;

**IT IS FURTHER ORDERED** that Yanni's Unopposed Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 47) is **GRANTED**. The Court authorizes $43,560.00 in attorney fees for legal services rendered in this Court, to be paid by the Social Security Administration out of Yanni's past-due benefits in accordance with agency policy.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), he is automatically substituted as defendant in this lawsuit.

**IT IS FURTHER ORDERED** that counsel shall refund to Yanni the EAJA fee of $1,037.80 previously awarded by this Court in accordance with *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE